| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor,<br>U.S. Bank National Association, as Legal Title<br>Trustee for Truman 2016 SC6 Title Trust | |
|---|---|
| Jimmy Lee Mason<br>xxx-xx-0398<br><br>Debtor. | Case No.:   20-22961<br>Chapter:    13<br>Judge:      VFP<br><br>NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>Hearing Date: February 17, 2022 @ 10:00 a.m. |

    U.S. Bank National Association, as Legal Title Trustee for Truman 2016 SC6 Title Trust, (hereinafter "Movant"), has filed papers with the court to have an order entered granting it relief from the automatic stay so it can start or resume foreclosure proceedings against your property commonly known as 1370 Van Duyn Place, Teaneck, NJ 07666

    <u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

    If you do not want the court to grant Movant relief from the automatic stay regarding the above property, or if you want the court to consider your views on the motion, then on or before February 10, 2022, *[seven (7) days before the hearing date of the within motion],* you or your attorney must:

File with the court a written response to Movant's motion explaining your position. Your response must be filed with the Bankruptcy Clerk at the United States Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101.

If you mail your response to the court for filing, you must mail it early enough so the court will **receive it** on or before the date stated above.

You must also mail a copy to:

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
*Attorney for Secured Creditor*

Marie-Ann Greenberg, Esquire
30 Two Bridges Road, Suite 30
Fairfield, NJ 07004
*Chapter 13 Trustee*

If you are opposing the order Movant is seeking from the court, you must attend the hearing scheduled to be held on February 17, 2022 at 10:00 a.m., United States Bankruptcy Court, 50 Walnut Street, Courtroom 3B, Newark, New Jersey, the Honorable Vincent F. Papalia presiding.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: January 27, 2022

/s/EMMANUEL J. ARGENTIERI
EMMANUEL J. ARGENTIERI