UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
Attorney for Secured Creditor,
U.S. Bank National Association, as Legal Title Trustee for Truman 2016 SC6 Title Trust

---

Jimmy Lee Mason
xxx-xx-0398

Debtor.

Case No.: 20-22961
Chapter: 13
Judge: VFP

## CERTIFICATION RE POST-PETITION PAYMENT HISTORY AND CALCULATIONS OF AMOUNTS DUE ON THE NOTE AND MORTGAGE DATED 1/23/06

I, **Brian Gaske** of full age, am employed as a **Assistant Vice President** by Rushmore Loan Management Services, LLC ("Rushmore"). Rushmore services this loan for U.S. Bank National Association, as Legal Title Trustee for Truman 2016 SC6 Title Trust, ("Movant"), hereby certifies the following information:

### BACKGROUND INFORMATION

Recorded in Bergen County, New Jersey

Property Address: 1370 Van Duyn Place, Teaneck, NJ 07666

Mortgage Holder: U.S. Bank National Association, as Legal Title Trustee for Truman 2016 SC6 Title Trust

Mortgagor(s)/Debtor(s): Jimmy Lee Mason

Date debtor(s) petition was filed: 11/24/2020

*Post-Petition payment address:*
Rushmore Loan Management Services, LLC
PO Box 52708
Irvine, CA 92619-2708

### AMOUNT OF POST-PETITION DEFAULT
#### (As of January 19, 2022)

Amount of Debtor's monthly post-petition mortgage payment:    $1,589.79

Since the petition date, 14 payments should have been made to the mortgagee. Since the petition date 11 payments have been made, leaving 3 payments in arrears through the payment due January 1, 2022. The total amount of post-petition payment default is $4,769.16 (3 post-petition mortgage payments at $1,589.79 each, less $0.21 suspense balance).

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr) | Amount Received | Date Received | Check Transaction No. |
|---|---|---|---|---|---|
| | | | | | |

*See attached payment history

Amount Held in Suspense (if any): $0.21

The monthly payment commencing with the December 1, 2020 payment consists of:
$488.75 principal and interest
$1,101.04 taxes

PRE-PETITION ARREARS:    $97,579.33 as per filed Claim Number 7

WHEREFORE, Movant requests that the court enter an order granting it relief from the automatic stay.

I certify under penalty of perjury that the foregoing is true and correct.

1/27/22
Date

Signature
**Brian Gaske**



| | DATE | P&I | Escrow | TOTAL | Reference |
|---|---|---|---|---|---|
| PAYMENT CHANGES | 12/01/20 | 484.75 | 1,101.04 | 1,589.79 | Payment listed in POC |

| Loan# | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Borrower: | Mason | | | | | | | | | | | | | | |
| Date Filed: | 11/24/2020 | | | | | | | | | | | | | | |
| BK Case #: | 20-22961 | | | | | | | | | | | | | | |
| First Post Petition Due Date: | 12/1/2020 | | | | | | | | | | | | | | |
| POC covers: | 11/1/18 – 11/1/20 | | | | | | | | | | | | | | |
| MOD EFFECTIVE DATE: | | | | | | | | | | | | | | | |

| Date | Payment Received | HUD POC | Post Pet/Pre Pet | Contractual Due Date | Amount Due | Over/Short | Suspense Appld | Principal | Interest | Escrow | B-C Amounts Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/30/2020 | $1,589.79 | post | 12/1/20 | 11/1/18 | $1,589.79 | $0.00 | | | | | $0.21 | | $0.00 | $0.00 | |
| 12/27/2021 | $1,589.79 | post | 5/1/21 | 12/1/18 | $1,589.79 | $0.00 | | | | | $0.21 | | $0.00 | $0.00 | |
| 2/26/2021 | $1,589.79 | post | 2/1/21 | 1/1/19 | $1,589.79 | $0.00 | | | | | $0.21 | | $0.00 | $0.00 | |
| 3/31/2021 | $1,590.00 | post | 3/1/21 | 2/1/19 | $1,589.79 | $0.00 | | | | $0.21 | $0.21 | | $0.00 | $0.00 | |
| 4/27/2021 | $1,589.79 | post | 4/1/21 | 3/1/19 | $1,589.79 | $0.00 | | | | | $0.21 | | $0.00 | $0.00 | |
| 5/26/2021 | | pre | | | | $0.00 | | | | | $0.21 | | $0.00 | $0.00 | |
| | | pre applied | | 4/1/19 | | $0.00 | | $3,326.48 | | | $0.21 | | $3,326.48 | $3,326.48 | |
| | | pre applied | | 5/1/19 | | $0.00 | | | | | $0.21 | $1,589.79 | $1,736.69 | $3,326.48 | |
| 5/27/2021 | $1,589.79 | past | 5/1/21 | 6/1/19 | $1,589.79 | $0.00 | | | | | $0.21 | $1,583.79 | $146.90 | $3,326.48 | |
| 6/29/2021 | | past | | | | $0.00 | | | | | $0.21 | | $146.90 | $3,326.48 | |
| 6/29/2021 | $1,589.79 | past | 6/1/21 | 7/1/19 | $1,589.79 | $0.00 | | $1,073.38 | | | $0.21 | | $1,220.28 | $4,398.16 | |
| 7/28/2021 | | pre | | | | $0.00 | | | | | $0.21 | | $1,220.28 | $4,399.36 | |
| | | pre applied | | 8/1/19 | | $0.00 | | $3,020.06 | | | $0.21 | | $4,199.64 | $6,159.64 | |
| 7/30/2021 | $1,589.29 | post | 7/1/21 | 9/1/19 | $1,589.79 | $0.00 | | $1,799.78 | | | $0.21 | $1,589.79 | $4,430.27 | $6,159.64 | |
| 8/9/2021 | $1,589.79 | past | 8/1/21 | 10/1/19 | $1,589.79 | $0.00 | | | | | $0.22 | | $4,430.27 | $6,199.64 | |
| 8/23/2021 | | pre | | | | $0.00 | | | | | $0.21 | | $4,430.27 | $6,199.64 | |
| | | pre applied | | 11/1/19 | | $0.00 | | $1,799.78 | | | $0.21 | | $3,230.05 | $7,099.42 | |
| | | pre applied | | 12/1/19 | | $0.00 | | $50.47 | | | $0.21 | $1,589.79 | $1,640.26 | $7,969.42 | |
| 9/24/2021 | | pre | | | | $0.00 | | | | | $0.21 | $1,589.79 | $50.47 | $7,993.42 | |
| | | pre applied | | 1/1/20 | | $0.00 | | $1,799.78 | | | $0.22 | | $1,850.25 | $9,799.20 | |
| 9/30/2021 | $1,589.79 | post | 9/1/21 | 2/1/20 | $1,589.79 | $0.00 | | | | | $0.21 | $1,589.79 | $260.46 | $9,799.20 | |
| 10/22/2021 | | pre | | | | $0.00 | | $1,799.78 | | | $0.21 | | $360.46 | $9,793.20 | |
| | | pre applied | | 3/1/20 | | $0.00 | | | | | $0.21 | $1,589.79 | $2,060.24 | $11,598.98 | |
| 11/1/2021 | $1,589.79 | past | 10/1/21 | 4/1/20 | $1,589.79 | $0.00 | | | | | $0.21 | | $470.45 | $11,598.98 | |
| 11/29/2021 | | pre applied | | | | $0.00 | | $1,799.78 | | | $0.21 | | $2,270.23 | $13,398.76 | |
| 12/22/2021 | | pre | | 5/1/20 | | $0.00 | | | | | $0.21 | $1,589.79 | $680.44 | $13,398.76 | |
| | | pre applied | | 6/1/20 | | $0.00 | | $1,818.93 | | | $0.21 | | $2,499.37 | $15,217.69 | |
| due | | | | | | $0.00 | | | | | $0.21 | | $909.58 | $15,217.69 | |
| | | | 11/1/21 | | $1,589.79 | -$1,589.79 | | | | | $0.21 | | $909.58 | $15,217.69 | |
| | | | 12/1/21 | | $1,589.79 | -$1,589.79 | | | | | $0.21 | | $909.58 | $15,217.69 | |
| | | | 1/1/22 | | $1,589.79 | -$1,589.79 | | | | | $0.21 | | $909.58 | $15,217.69 | |